**1**

Odell BATSON v. STATE. (No. 11018.) Court of Criminal Appeals of Texas. May 25, 1927. Appeal from District Court, Johnson County; Irwin T. Ward, Judge. W. E. Myres, of Fort Worth, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction or robbery; punishment, 10 years in the penitentiary. There appears on file with the papers in this case an affidavit made by appellant in which, in due form, he makes his sworn application to have this appeal dismissed. The appeal is dismissed, at the request of the appellant.

---

**2**

John BATTLES v. STATE. (No. 11044.) Court of Criminal Appeals of Texas. June 8, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Jameson & Crawford, of Montague, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction for driving an automobile while intoxicated; punishment, a fine of $75. The record is before us without any statement of facts or bills of exception. The indictment charges the offense and is followed by the charge of the court. No error appearing, the judgment will be affirmed.

---

**3**

Curge BROWN v. STATE. (No. 10988.) Court of Criminal Appeals of Texas. May 25, 1927. Appeal from District Court, Shackelford County; W. R. Ely, Judge. S. W. Pratt, of Cooper, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The unlawful possession of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year. It has been brought to the attention of this court by the proper authority that the appellant, since the filing of his appeal, has departed this life. It is therefore ordered that the appeal be abated on account of the death of the appellant.

---

**4**

W. J. CARLILE v. STATE. (No. 11026.) Court of Criminal Appeals of Texas. June 1, 1927. Appeal from District Court, Bowie County; Hugh Carney, Judge. G. C. Barkman, of Texarkana, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without statement of facts or bills of exceptions. The indictment appears regular. No fundamental error having been perceived or pointed out, the judgment is affirmed.

---

**5**

Jack COOPER v. STATE. (No. 11019.) Court of Criminal Appeals of Texas. June 1, 1927. Appeal from District Court, Polk County; J. L. Manry, Judge. Cade Bethea, of Livingston, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction of rape; punishment, fifty years in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment appears to be in correct form, charging in the second count rape upon a female under the age of consent, she not being the wife of appellant. This is the only count that was submitted in the charge of the court, which appears to conform to the law. No error appearing, the judgment will be affirmed.

---

**6**

Ned COSEY v. STATE. (No. 10997.) Court of Criminal Appeals of Texas. May 25, 1927. Appeal from District Court, Wichita County; P. A. Martin, Judge. Mathis & Caldwell, of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for aggravated assault; the punishment being a fine of $500 and 30 days' confinement in the county jail. It is made to appear to this court by proper affidavit that since this court obtained jurisdiction appellant was shot and killed on the streets of Wichita Falls, Tex. It is therefore ordered that this appeal be and the same is hereby abated.